IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN RODRIGUEZ, #AH4074, ) | |
| ) | |
| Plaintiff, ) | No. C 13-1819 CRB (PR) |
| ) | |
| vs. ) | ORDER |
| ) | |
| ROSANA LIM JAVATE, et al., ) | (Docket #7) |
| ) | |
| Defendants. ) | |
| ) | |

Good cause appearing, plaintiff's motion for an extension of time to file a first amended complaint is GRANTED. Plaintiff shall file an amended complaint by no later than October 31, 2013.

The clerk shall terminate the motion in docket number 7.

SO ORDERED.

DATED: Sept. 13, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Rodriguez, J.13-1819.eot.fac.wpd