IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY C. EASTER, AK-1133, ) | |
| Plaintiff(s), ) | No. C 13-1581 CRB (PR) |
| vs. ) | ORDER |
| NURSE PRUITT, et al., ) | (Docket #9) |
| Defendant(s). ) | |

Plaintiff's letter filed on September 12, 2013 is construed as a motion for reconsideration of the court's August 12, 2013 order of dismissal and is DENIED. Despite plaintiff's citing of earlier cases to the contrary, it is now well established that even when a prisoner seeks relief not available in grievance proceedings, notably money damages, exhaustion is a prerequisite to suit. See Porter v. Nussle, 534 U.S. 516, 524 (2002); Booth v. Churner, 532 U.S. 731, 741 (2001).

SO ORDERED.

DATED:  Sept. 13, 2013

CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.13\Easter, D.13-1581.recon.wpd